UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Patrick Edward Heurung,                                          Civ. No. 17-3340 (PJS/BRT)

      Petitioner,

v.                                                                                  **Order**

Thomas P. Kelly and David McLeod,

      Respondents.

Patrick Edward Heurung, 5657 40th St. S, St. Cloud, MN 56301, *pro se* Petitioner.

Thomas P. Kelly, Esq., Olmsted County Attorney's Office, counsel for Respondent.

      The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated December 1, 2017. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

      **IT IS HEREBY ORDERED** that:

      1.     Petitioner's Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED**; and

      2.     Petitioner's request for a certificate of appealability is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: 12/27/17                                    s/Patrick J. Schiltz
                                                  PATRICK J. SCHILTZ
                                                  United States District Court Judge